UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20358-CR-SEITZ

UNITED STATES OF AMERICA,

v.

ANGEL PONCE,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of Luis Guerra, Esq. for fees and expenses be reduced from $11,729.10 to $10,497.10. The Court has reviewed Judge Palermo's R&R. Mr. Guerra has advised the Court that he will not file any objections. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED, and made the Order of the District Court, as follows: Mr. Guerra shall be paid **$10,497.10** as fair compensation for his work on this case.

DONE AND ORDERED in Miami, Florida this 16th day of June, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Luis Guerra, Esq.
Lucy Lara, CJA Administrator